

108-075/PEV
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HAROLD AUSTAD,

                Plaintiff,

    -against-

ARJAY WIRELESS, INC. OF PENNSYLVANIA,
CITIGRANT FUNDING CORP., G.F.A.
CONSTRUCTION CORP. and CONNECTIVITY SERVICES, INC.,

                Defendants.
-----------------------------------------------------------------x



**08 CIV 4445**

**NOTICE OF REMOVAL**

DOCKET NUMBER:



RECEIVED MAY 1 2 2008 U.S.D.C. S.D.N.Y. CASHIERS

    Defendants CONNECTIVITY SERVICES, INC., hereby files this Notice of Removal of the above-described action to the United States District Court for the Southern District of New York from the Supreme Court of the State of New York, County of Kings where the action is now pending and states:

    1. This cause was commenced in the Supreme Court of New York on February 25, 2008 and process was served on the defendants on or about March 28, 2008 and a copy of plaintiffs' complaint setting forth the claim for relief upon which the action is based was first received by the defendants on May 7, 2008.

    2. The action is a civil action for negligence and violations of the NY State Labor Law and the United States District Court for the Southern District of New York has jurisdiction by reason of the diversity of citizenship of the parties.

    3. The matter in dispute exceeds $175,000.00 , exclusive of interest and costs.

    4. At the time of the commencement of this action in state court, and since that time, the **plaintiffs** were, and are now, each citizens of **New Jersey**. The defendants, including **Connectivity Services Inc.** was, and still is/are, a corporation, incorporated and existing under and by virtue of the laws of the State of New York having its principal place of business in **New York County, NY**. The defendant **Arjay Wireless, Inc of Pennsylvania** at the time the action was commenced and at the present time, was and still is, a citizen of **Pennsylvania** and has a principal place of business in Nassau County, NY. The defendant **CITIGRANT FUNDING CORP.** at the time the action was commenced and at the present time, was and still is, a citizen of New York and has a principal place of business in **Westchester County, NY**. Defendant **GFA Construction Corp** at the time the action was commenced and at the present time, was and still is, a citizen of New York and has a principal place of business in **Nassau County, NY**.

    5. A copy of all process, pleadings, and orders served upon Defendants is filed with this notice.

    6. Defendants will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

    7. A copy of this notice will be filed with the clerk of the Supreme Court of the State of New York, Kings County as required by 28 U.S.C. § 1446(d).

      WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

Dated: New York, New York
      May 12, 2008

                                        Respectfully submitted,

                                        Law Offices of
                                        CHARLES J. SIEGEL
                                        Attorneys for Defendant
                                        HPA ENGINEERS, P.C.
                                        40 Wall Street, 7th Floor
                                        New York, New York 10005

                                        _____
                                        Peter E. Vairo (PEV 2972)