108-075/PEV
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HAROLD AUSTAD,

                    Plaintiff,

     -against-

ARJAY WIRELESS, INC. OF PENNSYLVANIA,
CITIGRANT FUNDING CORP., G.F.A.
CONSTRUCTION CORP. and CONNECTIVITY
SERVICES, INC.,

                   Defendants.

-----------------------------------------------------------------x

DOCKET #

**RULE 7.1 STATEMENT**

JUDGE CHIN



'08 CIV 4445

RECEIVED
MAY 12 2008
U.S.D.C. S.D.N.Y.
CASHIERS

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

defendant CONNECTIVITY SERVICES, INC.( a private non-governmental party) certifies that the

following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE


Dated: New York, New York
      May 12, 2008


                            Yours, etc.

                            Law Offices of
                            CHARLES J. SIEGEL
                            Attorney for Defendant
                            Connectivity Services, Inc.
                            Office & P.O. Address
                            40 Wall Street 7th Fl
                            New York, New York 10005
                            (212) 440-2350

                            By:_____
                                 Peter E. Vairo(2972)