108-075/PEV
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HAROLD AUSTAD,

                            Plaintiff,      **INDEX NO. 112346/07**

                                         **AFFIDAVIT OF SERVICE**

      -against-

ARJAY WIRELESS, INC. OF PENNSYLVANIA,
CITIGRANT FUNDING CORP., G.F.A.
CONSTRUCTION CORP. and CONNECTIVITY
SERVICES, INC.,

                            Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK    )
                                ).ss:
COUNTY OF NEW YORK )

      GINA MARIE CALACO, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides in Kings County, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, **CONNECTIVITY SERVICES, INC.** herein, that on May 14, 2008, she served the within RULE 7.1 STATEMENT and NOTICE OF REMOVAL upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C.
ATTORNEYS FOR PLAINTIFF
120 BROADWAY
NEW YORK, NY 10271
212-732-9000

LAW OFFICES OF JOHN P. HUMPHREYS
ATTORNEYS FOR DEFENDANTS/THIRD PARTY PLAINTIFFS
ARJAY WIRELESS, INC. OF PENNSYLVANIA
AND CITIGRANT FUNDING CORP.

485 LEXINGTON AVENUE, 7TH FLOOR
NEW YORK, NY 10001
212-917-6600
MATTER NO. 0893856

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
ATTORNEYS FOR DEFENDANT
GFA CONSTRUCTION CORP.
3 BARKER AVENUE – 6TH FLOOR
WHITE PLAINS, NY  10601

_____
GINA MARIE CALACO

Sworn to before me this
___ day of _____

SHEILA I SAMPLE
Notary Public, State of New York
No. 01SA6000019
Qualified in Kings County
Commission Expires Dec. 8, ~~1999~~ 2009