UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HAROLD AUSTAD,

                                Plaintiff,                08 CIV 4445

                   -against-                    DEMAND FOR A
                                                           JURY TRIAL

ARJAY WIRELESS, INC. OF PENNSYLVANIA,
CITIGRANT FUNDING CORP., and G.F.A.
CONSTRUCTION CORP. and CONNECTIVITY
SERVICES, INC.,

                                Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that plaintiff hereby demands a trial by jury of the above matter.

Dated:      New York, New York
             May 15, 2008

                                                                       Yours, etc.,

                                                                       SULLIVAN PAPAIN BLOCK
                                                                       McGRATH & CANNAVO P.C.

                                                                       By:_____
                                                                          Donte O. Mills
                                                                      Attorneys for Plaintiff
                                                                      120 Broadway
                                                                      New York, New York 10271
                                                                      (212) 732-9000

TO:

LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendant
ARJAY WIRELESS, INC. OF PENNSYLVANIA
and CITIGRANT FUNDING CORP
485 Lexington Avenue - 7th Floor
New York, NY 10017

MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP
Attorneys for Defendant
G.F.A. CONSTRUCTION CORP.
3 Barker Avenue - 6th Floor
White Plains, NY  10601

LAW OFFICE OF CHARLES J. SIEGEL
Attorneys for Defendant
CONNECTIVITY SERVICES, INC.
40 Wall Street, 7th Floor
New York, New York 10005