```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
HAROLD AUSTAD,                      :
                                    :
              Plaintiff,            :
                                    :       ORDER
         - against -                :
                                    :       08 Civ. 4445 (DC)
ARJAY WIRELESS, INC. et al.,        :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

   By letter dated April 6, 2009, counsel for defendant Connectivity Services, Inc. ("Connectivity") requests that the Court order the parties to appear for the deposition of Alfred Hammer, a non-party witness. The request is denied. Connectivity can subpoena Hammer for a deposition, on notice to the other parties, and opposing counsel are free to attend. If they are given reasonable notice and choose not to attend, then they waive their right to examine Hammer.

   SO ORDERED.

Dated: New York, New York
    April 14, 2009

               _____
               DENNY CHIN
               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/09